1  JOHN S. PURCELL (SBN 158969)
2  DOUGLAS E. HEWLETT, JR. (SBN 293438)
   **ARENTFOX SCHIFF LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, California 90013-1065
4  Telephone: 213.629.7400
   Facsimile: 213.629.7401
5  Email:     john.purcell@afslaw.com
              douglas.hewlett@afslaw.com
6

7  Attorneys for Defendant
   BOTANIC TONICS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOTANIC TONICS, LLC,<br><br>Defendant. | Case No. 2:23-cv-03687-HDV (AFM)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>District Judge:  Hon. Hernán D. Vera<br>Courtroom:      5B<br><br>Complaint filed: May 15, 2023<br>Trial Date:      N/A |

Pursuant to Civil Local Rule 7-1, Plaintiff C.C. ("Plaintiff") and Defendant Botanic Tonics, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully **STIPULATE** and agree as follows:

1. WHEREAS, Plaintiff filed the above-captioned case on May 15, 2023 [ECF No. 1];

2. WHEREAS, the Parties stipulated and the Court issued an order setting Defendant's deadline to answer or otherwise respond to the Complaint at August 10, 2023 [ECF No. 32];

3. WHEREAS, Defendant's deadline to answer or otherwise respond to the Complaint has not yet expired and Defendant has not yet answered or otherwise responded;

4. WHEREAS, on March 28, 2021, prior to the above-captioned class action being filed, a class action was filed in the United States District Court for the Northern District of California, entitled *Torres. v. Botanic Tonics, LLC, et al.*, N.D. Cal. Case No. 3:23-cv-01460-TSH, involving the same Defendant and allegations alleging substantially the same factual and legal issues (the "*Torres* N.D. Cal. Class Action") as this case;

5. WHEREAS, the Parties have met and conferred and agree that transfer of the above-captioned case to the Northern District of California and consolidation with the *Torres* N.D. Cal. Class Action is appropriate and would best facilitate the administration of justice;

6. WHEREAS, if the above-captioned case is transferred to the Northern District, the Parties will jointly stipulate and/or move the District Court for the Northern District of California to consolidate this case with the *Torres* N.D. Cal. Class Action, or in the alternative, to relate the two cases;

//
//
//

Accordingly, **IT IS HEREBY STIPULATED** between all Parties that this case shall be transferred for all further proceedings to the United States District Court for the Northern District of California.

Dated: August 10, 2023          **ARENTFOX SCHIFF LLP**

By: */s/ John S. Purcell*
JOHN S. PURCELL
DOUGLAS E. HEWLETT, JR.

Attorneys for Defendant
BOTANIC TONICS, LLC

Dated: August 10, 2023          **BURSOR & FISHER, P.A.**

By: */s/ Joel D. Smith*
JOEL D. SMITH (SBN 244902)
*jsmith@bursor.com*
YEREMEY KRIVOSHEY (SBN 295032)
*ykrivoshey@bursor.com*

MARC G. REICH (SBN 159936)
mgr@reichradcliffe.com
**REICH READCLIFFE AND HOOVER LLP**

MATTHEW R. MENDOLSOHN
(*pro hac vice* forthcoming)
mrm@mazieslater.com
**MAZIE SLATER KATZ & FREEMAN LLC**

Attorneys for Plaintiff
C.C.

## ATTESTATION OF FILER

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ John S. Purcell*
John S. Purcell