LINK 34

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOTANIC TONICS, LLC,<br><br>Defendant. | Case No. 2:23-cv-03687-HDV-AFM<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] ORDER TRANSFERRING VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Compl. Filed:   May 15, 2023<br>Trial Date:      N/A |

On August 10, 2023, Plaintiff C.C. and Defendant Botanic Tonics, LLC (the "Parties") submitted a joint stipulation to transfer venue to the U.S. District Court for the Northern District of California (the "Joint Stipulation") [ECF No. 34].

Upon review of the Joint Stipulation, and for good cause shown, the Court **ORDERS** that the above-captioned case and all further proceedings in it be transferred to the United States District Court for the Northern District of California.

**IT IS SO ORDERED.**

Dated: 8/14/23

By: _____
Hon. Hernán D. Vera
United States District Judge